SAMUEL WEILER, Appellant, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Respondent.— Order of the Appellate Term, reversing an order of the Municipal Court of the City of New York, Borough of Brooklyn, granting

plaintiff's motion for summary judgment, and the judgment entered thereon, and also reversing an order of said court denying defendant's cross motion for summary judgment, and granting the defendant's cross motion, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.